**Order entered April 10, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-00896-CR

## KYLE HERMAN HIBBARD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-51973-R**

## ORDER

Before the Court is appellant's March 9, 2020 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief received that same day filed as of the date of this order.

/s/      BILL PEDERSEN, III
JUSTICE